**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| JOSEPH Z. TSIEN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| | ) | 1:21-cv-00008 |
| v. | ) | |
| | ) | |
| THE BOARD OF REGENTS OF THE | ) | |
| UNIVERSITY SYSTEM OF GEORGIA | ) | |
| d/b/a   AUGUSTA UNIVERSITY, | ) | |
| MEDICAL COLLEGE OF GEORGIA; | ) | |
| DAVID C. HESS, DEAN MEDICAL | ) | |
| COLLEGE OF GEORGIA individually and in his | ) | |
| official capacity under color of law; | ) | |
| BROOKS KEEL, President of Augusta University | ) | |
| and Chairman of the Board of Augusta University | ) | |
| Research Institute, Inc., individually and in his | ) | |
| official capacity under color of law; | ) | |
| Dr. MICHAEL P. DIAMOND, Vice Chairman of | ) | |
| the Board of Directors of AURI in his individual | ) | |
| and official capacity under color of law; and | ) | |
| AUGUSTA UNIVERSITY RESEARCH | ) | |
| INSTITUTE, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO COMPEL

NOW COME defendants Board of Regents of the University System of Georgia;[1] Dr.

David Hess, in his individual capacity; and Dr. Brooks Keel, in his individual capacity (collectively

"these defendants") and file their Motion to Compel, showing the Court as follows:

1.      On July 2, 2021, these defendants served their First Request for Production of

Documents to Plaintiff – a copy of which is attached as Exhibit "A".  On the same date, Dr. David

Hess served his First Interrogatories to Plaintiff, and Dr. Brooks Keel served his First

---

[1] Augusta University" and "Medical College of Georgia" operate as units of the Board of Regents
of the University System of Georgia.  Neither is a legal entity capable of suing or being sued.

Interrogatories to Plaintiff.  Copies of these Interrogatories are attached as Exhibits "B" and "C", respectively. Collectively, these are the discovery requests at issue.

2.      Pursuant to Federal Rule of Civil Procedure 33(b)(2), Federal Rule of Civil Procedure 34(b)(2)(A), and Federal Rule of Civil Procedure 6(d), the plaintiff was required to serve his answers and objections to the discovery requests at issue within 33 days – by Wednesday, August 4, 2021.

3.      The plaintiff has failed to provide any response at all to the discovery requests at issue.

4.      These defendants have made numerous efforts resolve this issue without involving the Court.

5.      Attached as Exhibit "D" are numerous emails exchanged between counsel for these defendants and counsel for the plaintiff between August 3, 2021 and September 28, 2021.  In summary, the plaintiff initially requested an extension of time to respond to the discovery requests at issue by 14 days, through and including August 19, 2021.  Over the following weeks, the plaintiff indicated that he would respond to the discovery requests at issue by August 23, 2021, by September 3, 2021, by September 10, 2021, by September 20, 2021, and finally by September 28, 2021.

6.      Counsel have also discussed the matter via telephone on August 19, 2021, September 16, 2021, September 24, 2021, and September 27, 2021.  During these conversations, counsel for these defendants has repeatedly asked the plaintiff to respond to the discovery requests at issue.  Counsel for the plaintiff has offered no objection to the discovery requests at issue, but merely continues to put off the date by which the plaintiff will respond to them.

9.      Included with this Motion is a Certificate Pursuant to Federal Rule of Civil Procedure 37(a)(1) and Local Rule 26.5.

WHEREFORE, these defendants respectfully request that the Court grant their Motion to Compel and enter an Order requiring the plaintiff to respond to the Defendants' First Request for Production of Documents to Plaintiff; to Dr. David Hess's First Interrogatories to Plaintiff; and to Dr. Brooks Keel's First Interrogatories to Plaintiff.

Respectfully submitted this 28th day of September, 2021.

| | |
|---|---|
| CHRISTOPHER M. CARR | 112505 |
| Attorney General | |
| | |
| BRYAN K. WEBB | 743580 |
| Deputy Attorney General | |
| | |
| Katherine Powers Stoff | |
| Katherine Powers Stoff | 536807 |
| Senior Assistant Attorney General | |
| | |
| Thomas L. Cathey | 116622 |
| Thomas L. Cathey | |

Of Counsel:
Hull Barrett, PC
P.O. Box 1564
Augusta, Georgia  30903-1564
(706) 722-4481 (telephone)
(706) 722-9779 (facsimile)
TCathey@hullbarrett.com

**CERTIFICATE PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 37(a)(1) AND LOCAL RULE 26.5**

The undersigned counsel for defendants Board of Regents of the University System of Georgia; Dr. David Hess, in his individual capacity; and Dr. Brooks Keel, in his individual capacity certifies that he has conferred with counsel for the plaintiff in a good faith effort to resolve by agreement the issues raised in the accompanying Motion to Compel.  These efforts include multiple telephone conferences and emails exchanged with counsel for the plaintiff in an effort to obtain responses to the Defendants' First Request for Production of Documents to Plaintiff; to Dr. David Hess's First Interrogatories to Plaintiff; and to Dr. Brooks Keel's First Interrogatories to Plaintiff.

This 28th day of September, 2021.

/s/ Thomas L. Cathey
Thomas L. Cathey
Georgia Bar No. 116622

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing **MOTION TO COMPEL** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 28th day of September 2021.

/s/ Thomas L. Cathey
Thomas L. Cathey
Georgia Bar No. 116622

01555736-1