## Thomas L. Cathey

**From:**        John P. Batson <jpbatson@aol.com>
**Sent:**        Tuesday, August 3, 2021 12:24 PM
**To:**          Thomas L. Cathey; jroman@constangy.com; jmartin@constangy.com
**Subject:**     Tsien response to discovery enlargement

Tom:

I believe that Tsien discovery Reponses are due August 5.   I have discovery due in another case and an 11th Cir brief due.   Can I have 14 days.

John P. Batson
1104 Milledge Road
Augusta, GA 30904
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.



## Thomas L. Cathey

**From:**       Thomas L. Cathey
**Sent:**       Tuesday, August 3, 2021 1:40 PM
**To:**         John P. Batson; jroman@constangy.com; jmartin@constangy.com
**Subject:**    RE: Tsien response to discovery enlargement

Jack,

Certainly.  I will look forward to receiving Dr. Tsien's discovery responses on or before August 19, 2021.

-Tom

**Hull Barrett, PC** • 801 Broad Street, 7th Floor • Augusta, Georgia 30901
T: 706-828-2059 • F: 706-722-9779 • TCathey@hullbarrett.com • www.HullBarrett.com

**WIRE FRAUD ALERT: Do not commence a wire transfer without calling the recipient, at a trusted and independently verified phone number, and verifying the wire instructions.**

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication is intended or written to be used, nor may it be relied upon or used, (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code, and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

Confidentiality Notice: This message (and any attachments) is confidential and may contain privileged information. If you have received this message in error, please notify the sender immediately and delete it (and any attachments) without reading, copying or further distributing the same.

---

**From:** John P. Batson <jpbatson@aol.com>
**Sent:** Tuesday, August 3, 2021 12:24 PM
**To:** Thomas L. Cathey <TCathey@hullbarrett.com>; jroman@constangy.com; jmartin@constangy.com
**Subject:** Tsien response to discovery enlargement

Tom:

I believe that Tsien discovery Reponses are due August 5.   I have discovery due in another case and an 11th Cir brief due.   Can I have 14 days.

John P. Batson
1104 Milledge Road
Augusta, GA 30904
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com

1

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

## Thomas L. Cathey

| | |
|---|---|
| **From:** | Thomas L. Cathey |
| **Sent:** | Tuesday, August 24, 2021 5:37 PM |
| **To:** | John P. Batson |
| **Cc:** | Martin, Jonathan; Roman, Joshua |
| **Subject:** | Tsien v. Board of Regents, et al. (Discovery Responses Due) |

Jack,

On July 2, 2021, I served initial written discovery to Dr. Tsien on behalf of my clients: the Board of Regents, Dr. Hess, and Dr. Keel. Dr. Tsien's reponses were due the first week of August. On August 3, 2021, I agreed to your request for an extension of time for Dr. Tsien to respond to the defendants' discovery through August 19, 2021. On August 19, you called and told me that you would provide Dr. Tsien's responses by Monday, August 23, 2021.

I have yet to receive Dr. Tsien's responses to my client's Interrogatories and Requests for Production.

I do not want to start a discovery fight. However, the lawsuit has been pending for some time, and I need Dr. Tsien's responses. Accordingly, please consider this a good faith effort to resolve the issue pursuant to Federal Rule 37. If I have not receied a response by this Friday, August 27, 2021, I will feel obliged to file a Motion to Compel with the Court.

Please feel free to give me a call if you want to discusse the issue. As always, you can reach me at (706) 828-2059.

-Tom

**Hull Barrett, PC** • 801 Broad Street, 7th Floor • Augusta, Georgia 30901
T: 706-828-2059 • F: 706-722-9779 • TCathey@hullbarrett.com • www.HullBarrett.com

**WIRE FRAUD ALERT: Do not commence a wire transfer without calling the recipient, at a trusted and independently verified phone number, and verifying the wire instructions.**

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication is intended or written to be used, nor may it be relied upon or used, (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code, and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

Confidentiality Notice: This message (and any attachments) is confidential and may contain privileged information. If you have received this message in error, please notify the sender immediately and delete it (and any attachments) without reading, copying or further distributing the same.

1

## Thomas L. Cathey

| | |
|---|---|
| **From:** | John P. Batson <jpbatson@aol.com> |
| **Sent:** | Wednesday, August 25, 2021 11:01 PM |
| **To:** | Thomas L. Cathey |
| **Subject:** | Tsien |

Tom:

My Paralegal Sect Nathan had not one death of an elderly uncle, but also the suicide of a middle aged uncle who was a vet, and he is having to miss work to care for his grandmother who raised him.

I am getting a message from Word that my copy of Word 2016 is not activated and it is preventing any typing. This cannot be addressed until tomorrow and will require cleaning all copies of Word from all computers and whatever else, so I may be without word processing for a substantial period to morrow.

I fly to New Mexico tomorrow morning and won't be back until late Tuesday night. So things are stacking up against me finishing on Friday. However this is the only major project we are working on, so I will let you know where we stand Friday morning.

Jack
John P. Batson
1104 Milledge Road
Augusta, GA 30904
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

1

## Thomas L. Cathey

**From:**          Thomas L. Cathey
**Sent:**          Thursday, August 26, 2021 9:41 AM
**To:**            John P. Batson
**Subject:**       RE: Tsien

Jack,

I understand. I don't want to screw up your trip to New Mexico, and I've had software problems myself. Just give me some reasonable, realistic estimate of when I can expect the plaintiff's discovery responses, and I'll hold off.

My sympathies to your paralegal.

-Tom

**Hull Barrett, PC** • 801 Broad Street, 7th Floor • Augusta, Georgia 30901
T: 706-828-2059 • F: 706-722-9779 • TCathey@hullbarrett.com • www.HullBarrett.com

**WIRE FRAUD ALERT: Do not commence a wire transfer without calling the recipient, at a trusted and independently verified phone number, and verifying the wire instructions.**

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication is intended or written to be used, nor may it be relied upon or used, (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code, and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

Confidentiality Notice: This message (and any attachments) is confidential and may contain privileged information. If you have received this message in error, please notify the sender immediately and delete it (and any attachments) without reading, copying or further distributing the same.

**From:** John P. Batson <jpbatson@aol.com>
**Sent:** Wednesday, August 25, 2021 11:01 PM
**To:** Thomas L. Cathey <TCathey@hullbarrett.com>
**Subject:** Tsien

Tom:

My Paralegal Sect Nathan had not one death of an elderly uncle, but also the suicide of a middle aged uncle who was a vet, and he is having to miss work to care for his grandmother who raised him.

I am getting a message from Word that my copy of Word 2016 is not activated and it is preventing any typing. This cannot be addressed until tomorrow and will require cleaning all copies of Word from all computers and whatever else, so I may be without word processing for a substantial period to morrow.

I fly to New Mexico tomorrow morning and won't be back until late Tuesday night. So things are stacking up against me finishing on Friday. However this is the only major project we are working on, so I will let you know where we stand Friday morning.

Jack
John P. Batson
1104 Milledge Road
Augusta, GA 30904
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click <u>here</u> to report this email as spam.

**Thomas L. Cathey**

| | |
|---|---|
| **From:** | John P. Batson <jpbatson@aol.com> |
| **Sent:** | Thursday, August 26, 2021 8:13 PM |
| **To:** | Thomas L. Cathey |
| **Subject:** | Re: Tsien |

I get back Wednesday, so realistically, Thursday-Friday. However I will be attempting to get some done tomorrow and down times during the weekend.

Thank you.


John P. Batson
1104 Milledge Road
Augusta, GA 30904
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com



-----Original Message-----
From: Thomas L. Cathey <TCathey@hullbarrett.com>
To: John P. Batson <jpbatson@aol.com>
Sent: Thu, Aug 26, 2021 7:40 am
Subject: RE: Tsien

Jack,

I understand. I don't want to screw up your trip to New Mexico, and I've had software problems myself. Just give me some reasonable, realistic estimate of when I can expect the plaintiff's discovery responses, and I'll hold off.

My sympathies to your paralegal.

-Tom

**Hull Barrett, PC • 801 Broad Street, 7th Floor • Augusta, Georgia 30901
T: 706-828-2059 • F: 706-722-9779 • TCathey@hullbarrett.com • www.HullBarrett.com**

**WIRE FRAUD ALERT: Do not commence a wire transfer without calling the recipient, at a trusted and independently verified phone number, and verifying the wire instructions.**

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication is intended or written to be used, nor may it be relied upon or used, (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code, and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

Confidentiality Notice: This message (and any attachments) is confidential and may contain privileged information. If you have received this message in error, please notify the sender immediately and delete it (and any attachments) without reading, copying or further distributing the same.

1

**From:** John P. Batson <jpbatson@aol.com>
**Sent:** Wednesday, August 25, 2021 11:01 PM
**To:** Thomas L. Cathey <TCathey@hullbarrett.com>
**Subject:** Tsien

Tom:

My Paralegal Sect Nathan had not one death of an elderly uncle, but also the suicide of a middle aged uncle who was a vet, and he is having to miss work to care for his grandmother who raised him.

I am getting a message from Word that my copy of Word 2016 is not activated and it is preventing any typing. This cannot be addressed until tomorrow and will require cleaning all copies of Word from all computers and whatever else, so I may be without word processing for a substantial period to morrow.

I fly to New Mexico tomorrow morning and won't be back until late Tuesday night. So things are stacking up against me finishing on Friday. However this is the only major project we are working on, so I will let you know where we stand Friday morning.

Jack
John P. Batson
1104 Milledge Road
Augusta, GA 30904
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

2

## Thomas L. Cathey

**From:** Thomas L. Cathey
**Sent:** Friday, August 27, 2021 11:08 AM
**To:** John P. Batson
**Subject:** RE: Tsien

Jack,

I'll look for responses next Friday, September 3, 2021. Give me a call or send me an email if you get jammed up between now and then.

Enjoy New Mexico,

-Tom

**Hull Barrett, PC** • 801 Broad Street, 7th Floor • Augusta, Georgia 30901
T: 706-828-2059 • F: 706-722-9779 • TCathey@hullbarrett.com • www.HullBarrett.com

**WIRE FRAUD ALERT: Do not commence a wire transfer without calling the recipient, at a trusted and independently verified phone number, and verifying the wire instructions.**

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication is intended or written to be used, nor may it be relied upon or used, (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code, and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

Confidentiality Notice: This message (and any attachments) is confidential and may contain privileged information. If you have received this message in error, please notify the sender immediately and delete it (and any attachments) without reading, copying or further distributing the same.

**From:** John P. Batson <jpbatson@aol.com>
**Sent:** Thursday, August 26, 2021 8:13 PM
**To:** Thomas L. Cathey <TCathey@hullbarrett.com>
**Subject:** Re: Tsien

I get back Wednesday, so realistically, Thursday-Friday. However I will be attempting to get some done tomorrow and down times during the weekend.

Thank you.


John P. Batson
1104 Milledge Road
Augusta, GA 30904
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com

1

-----Original Message-----
From: Thomas L. Cathey <TCathey@hullbarrett.com>
To: John P. Batson <jpbatson@aol.com>
Sent: Thu, Aug 26, 2021 7:40 am
Subject: RE: Tsien

Jack,

I understand.  I don't want to screw up your trip to New Mexico, and I've had software problems myself.  Just give me some reasonable, realistic estimate of when I can expect the plaintiff's discovery responses, and I'll hold off.

My sympathies to your paralegal.

-Tom

**Hull Barrett, PC** • 801 Broad Street, 7th Floor • Augusta, Georgia 30901
T: 706-828-2059 • F: 706-722-9779 • TCathey@hullbarrett.com • www.HullBarrett.com

**WIRE FRAUD ALERT: Do not commence a wire transfer without calling the recipient, at a trusted and independently verified phone number, and verifying the wire instructions.**

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication is intended or written to be used, nor may it be relied upon or used, (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code, and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

Confidentiality Notice: This message (and any attachments) is confidential and may contain privileged information. If you have received this message in error, please notify the sender immediately and delete it (and any attachments) without reading, copying or further distributing the same.

**From:** John P. Batson <jpbatson@aol.com>
**Sent:** Wednesday, August 25, 2021 11:01 PM
**To:** Thomas L. Cathey <TCathey@hullbarrett.com>
**Subject:** Tsien

Tom:

My Paralegal Sect Nathan had not one death of an elderly uncle, but also the suicide of a middle aged uncle who was a vet, and he is having to miss work to care for his grandmother who raised him.

I am getting a message from Word that my copy of Word 2016 is not activated and it is preventing any typing.  This cannot be addressed until tomorrow and will require cleaning all copies of Word from all computers and whatever else, so I may be without word processing for a substantial period to morrow.

I fly to New Mexico tomorrow morning and won't be back until late Tuesday night.  So things are stacking up against me finishing on Friday.  However this is the only major project we are working on, so I will let you know where we stand Friday morning.

Jack
John P. Batson
1104 Milledge Road
Augusta, GA 30904
Phone 706-737-4040
FAX 706-736-3391

2

jpbatson@aol.com

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click <u>here</u> to report this email as spam.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click <u>here</u> to report this email as spam.

jpbatson@aol.com

3

## Thomas L. Cathey

**From:** John P. Batson <jpbatson@aol.com>
**Sent:** Friday, August 27, 2021 11:11 AM
**To:** Thomas L. Cathey
**Subject:** Re: Tsien

Thanks

John P. Batson
1104 Milledge Road
Augusta, GA 30904
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com

-----Original Message-----
From: Thomas L. Cathey <TCathey@hullbarrett.com>
To: John P. Batson <jpbatson@aol.com>
Sent: Fri, Aug 27, 2021 9:07 am
Subject: RE: Tsien

Jack,

I'll look for responses next Friday, September 3, 2021.  Give me a call or send me an email if you get jammed up between now and then.

Enjoy New Mexico,

-Tom

**Hull Barrett, PC** • 801 Broad Street, 7th Floor • Augusta, Georgia 30901
T: 706-828-2059 • F: 706-722-9779 • TCathey@hullbarrett.com • www.HullBarrett.com

**WIRE FRAUD ALERT: Do not commence a wire transfer without calling the recipient, at a trusted and independently verified phone number, and verifying the wire instructions.**

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication is intended or written to be used, nor may it be relied upon or used, (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code, and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

Confidentiality Notice: This message (and any attachments) is confidential and may contain privileged information. If you have received this message in error, please notify the sender immediately and delete it (and any attachments) without reading, copying or further distributing the same.

**From:** John P. Batson <jpbatson@aol.com>
**Sent:** Thursday, August 26, 2021 8:13 PM
**To:** Thomas L. Cathey <TCathey@hullbarrett.com>
**Subject:** Re: Tsien

I get back Wednesday, so realistically, Thursday-Friday.  However I will be attempting to get some done tomorrow and down times during the weekend.

Thank you.


John P. Batson
1104 Milledge Road
Augusta, GA 30904
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com


-----Original Message-----
From: Thomas L. Cathey <TCathey@hullbarrett.com>
To: John P. Batson <jpbatson@aol.com>
Sent: Thu, Aug 26, 2021 7:40 am
Subject: RE: Tsien

Jack,

I understand.  I don't want to screw up your trip to New Mexico, and I've had software problems myself.  Just give me some reasonable, realistic estimate of when I can expect the plaintiff's discovery responses, and I'll hold off.

My sympathies to your paralegal.

-Tom

**Hull Barrett, PC** • 801 Broad Street, 7th Floor • Augusta, Georgia 30901
T: 706-828-2059 • F: 706-722-9779 • TCathey@hullbarrett.com • www.HullBarrett.com

**WIRE FRAUD ALERT: Do not commence a wire transfer without calling the recipient, at a trusted and independently verified phone number, and verifying the wire instructions.**

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication is intended or written to be used, nor may it be relied upon or used, (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code, and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

Confidentiality Notice: This message (and any attachments) is confidential and may contain privileged information. If you have received this message in error, please notify the sender immediately and delete it (and any attachments) without reading, copying or further distributing the same.


**From:** John P. Batson <jpbatson@aol.com>
**Sent:** Wednesday, August 25, 2021 11:01 PM
**To:** Thomas L. Cathey <TCathey@hullbarrett.com>
**Subject:** Tsien

Tom:

My Paralegal Sect Nathan had not one death of an elderly uncle, but also the suicide of a middle aged uncle who was a vet, and he is having to miss work to care for his grandmother who raised him.

2

I am getting a message from Word that my copy of Word 2016 is not activated and it is preventing any typing. This cannot be addressed until tomorrow and will require cleaning all copies of Word from all computers and whatever else, so I may be without word processing for a substantial period to morrow.

I fly to New Mexico tomorrow morning and won't be back until late Tuesday night. So things are stacking up against me finishing on Friday. However this is the only major project we are working on, so I will let you know where we stand Friday morning.

Jack
John P. Batson
1104 Milledge Road
Augusta, GA 30904
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

3

## Thomas L. Cathey

**From:**          John P. Batson <jpbatson@aol.com>
**Sent:**          Monday, September 6, 2021 5:02 PM
**To:**            Thomas L. Cathey
**Subject:**       Tsien

I did not finish the Tsien discovery. Nathan was out more than I anticipated.  I have two days of Kavianpour deposition in  ATL Tues and Wed.   An NRC Whistleblower, Zoom mediation on Thursday, so may have an update Thursday, but definitely will check in Friday.

John P. Batson
1104 Milledge Road
Augusta, GA 30904
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

1

## Thomas L. Cathey

**From:**     Thomas L. Cathey
**Sent:**     Tuesday, September 7, 2021 9:18 AM
**To:**     John P. Batson
**Subject:**     RE: Tsien

Jack,

I understand.  Can you give me a date when I can expect Tsien's responses?

-Tom

**Hull Barrett, PC** • 801 Broad Street, 7th Floor • Augusta, Georgia 30901
T: 706-828-2059 • F: 706-722-9779 • TCathey@hullbarrett.com • www.HullBarrett.com

**WIRE FRAUD ALERT: Do not commence a wire transfer without calling the recipient, at a trusted and independently verified phone number, and verifying the wire instructions.**

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication is intended or written to be used, nor may it be relied upon or used, (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code, and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

Confidentiality Notice: This message (and any attachments) is confidential and may contain privileged information. If you have received this message in error, please notify the sender immediately and delete it (and any attachments) without reading, copying or further distributing the same.

**From:** John P. Batson <jpbatson@aol.com>
**Sent:** Monday, September 6, 2021 5:02 PM
**To:** Thomas L. Cathey <TCathey@hullbarrett.com>
**Subject:** Tsien

I did not finish the Tsien discovery. Nathan was out more than I anticipated.  I have two days of Kavianpour deposition in  ATL Tues and Wed.   An NRC Whistleblower, Zoom mediation on Thursday, so may have an update Thursday, but definitely will check in Friday.

John P. Batson
1104 Milledge Road
Augusta, GA 30904
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com

1

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

## Thomas L. Cathey

| | |
|---|---|
| **From:** | Thomas L. Cathey |
| **Sent:** | Thursday, September 16, 2021 10:22 AM |
| **To:** | John P. Batson |
| **Cc:** | Martin, Jonathan; Roman, Joshua |
| **Subject:** | Tsien v. Board of Regents, et al. (Plaintiff's Discovery Responses) |

Jack,

I am writing to follow up on our telephone conversation this morning regarding the plaintiff's responses to my clients' discovery requests in the Tsien case, which were originally due on August 2, 2021.

My understanding is that Dr. Tsien will provide his responses by Monday, September 20, 2021. As we discussed, if Dr. Tsien has not responded by that time, I will feel obliged to file a Motion to Compel his responses.

Please consider this email a good faith effort to resolve this matter without involving the Court.

-Tom

**Hull Barrett, PC** • 801 Broad Street, 7th Floor • Augusta, Georgia 30901
T: 706-828-2059 • F: 706-722-9779 • TCathey@hullbarrett.com • www.HullBarrett.com

**WIRE FRAUD ALERT: Do not commence a wire transfer without calling the recipient, at a trusted and independently verified phone number, and verifying the wire instructions.**

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication is intended or written to be used, nor may it be relied upon or used, (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code, and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

Confidentiality Notice: This message (and any attachments) is confidential and may contain privileged information. If you have received this message in error, please notify the sender immediately and delete it (and any attachments) without reading, copying or further distributing the same.

1

## Thomas L. Cathey

| | |
|---|---|
| **From:** | John P. Batson <jpbatson@aol.com> |
| **Sent:** | Sunday, September 19, 2021 10:24 PM |
| **To:** | Thomas L. Cathey |
| **Subject:** | Tsien |

Nathan was sick Friday so I am asking for the midnight deadline Monday.  I have an eye appointment Monday for a shot at about 8:00. I will contact you probably 10:00.

John P. Batson
1104 Milledge Road
Augusta, GA 30904
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

1

## Thomas L. Cathey

| | |
|---|---|
| **From:** | John P. Batson <jpbatson@aol.com> |
| **Sent:** | Tuesday, September 21, 2021 12:45 AM |
| **To:** | Thomas L. Cathey |
| **Subject:** | I am on queston 7 with 41 pages |

2000 plus pages of documents with a semi annotate index can be uploaded tomorrow.

I have to go to bed because I have an Eleventh Cir reply brief due Thursday, which i have to get under control tomorrow, or at least by Wednesday. So I doubt I will get done until Friday.

John P. Batson
1104 Milledge Road
Augusta, GA 30904
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

1

## Thomas L. Cathey

| | |
|---|---|
| **From:** | John P. Batson <jpbatson@aol.com> |
| **Sent:** | Tuesday, September 28, 2021 8:06 AM |
| **To:** | Thomas L. Cathey; jmartin@constangy.com; jroman@constangy.com; bwebb@law.ga.gov |
| **Subject:** | Plaintiff's Resp to BOR First Rogs |
| **Attachments:** | word doc with formatting copy and paste.pdf |

I hope to have answers to doc requests in an hour, and then will have to bring the documents and an index on a thumb drive. Some more documents came in last night

I will then respond to the Rogs for Hess and Keel. s H

John P. Batson
1104 Milledge Road
Augusta, GA 30904
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

1

## Thomas L. Cathey

| | |
|---|---|
| **From:** | Thomas L. Cathey |
| **Sent:** | Tuesday, September 28, 2021 3:14 PM |
| **To:** | John P. Batson; jmartin@constangy.com; jroman@constangy.com; bwebb@law.ga.gov |
| **Subject:** | RE: Plaintiff's Resp to BOR First Rogs |

Jack,

Following up on your email below, I have yet to receive responses to the defendants' Request for Production of Documents, responses to Dr. Hess's First Interrogatories, or responses to Dr. Keel's First Interrogatories. If I have not received those responses by 5:00 this afternoon, I will file a Motion to Compel those responses this evening.

-Tom

**Hull Barrett, PC** • 801 Broad Street, 7ᵗʰ Floor • Augusta, Georgia 30901
T: 706-828-2059 • F: 706-722-9779 • TCathey@hullbarrett.com • www.HullBarrett.com

**WIRE FRAUD ALERT: Do not commence a wire transfer without calling the recipient, at a trusted and independently verified phone number, and verifying the wire instructions.**

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication is intended or written to be used, nor may it be relied upon or used, (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code, and/or (2) by any person to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

Confidentiality Notice: This message (and any attachments) is confidential and may contain privileged information. If you have received this message in error, please notify the sender immediately and delete it (and any attachments) without reading, copying or further distributing the same.

---

**From:** John P. Batson <jpbatson@aol.com>
**Sent:** Tuesday, September 28, 2021 8:06 AM
**To:** Thomas L. Cathey <TCathey@hullbarrett.com>; jmartin@constangy.com; jroman@constangy.com; bwebb@law.ga.gov
**Subject:** Plaintiff's Resp to BOR First Rogs

I hope to have answers to doc requests in an hour, and then will have to bring the documents and an index on a thumb drive. Some more documents came in last night

I will then respond to the Rogs for Hess and Keel. s H

John P. Batson
1104 Milledge Road
Augusta, GA 30904
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com

This email has been scanned for spam and viruses by Proofpoint Essentials. Click <u>here</u> to report this email as spam.

**Thomas L. Cathey**

| | |
|---|---|
| **From:** | John P. Batson <jpbatson@aol.com> |
| **Sent:** | Tuesday, September 28, 2021 4:17 PM |
| **To:** | Thomas L. Cathey |
| **Subject:** | Re: Plaintiff's Resp to BOR First Rogs |

I tried to call.  I still have some documents to download from last night and have to finish the Hess and Keel rog answers.

I will have to deliver the documents on a thumb drive.  You should have JPB00001-1884 and I have about 100 more pages, including some taxes.

I will finish tonight.

Feel free to call.

I will call again.  I am on the phone with an expert who got COVID again and is behind.


John P. Batson
1104 Milledge Road
Augusta, GA 30904
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com


-----Original Message-----
From: Thomas L. Cathey <TCathey@hullbarrett.com>
To: John P. Batson <jpbatson@aol.com>; jmartin@constangy.com <jmartin@constangy.com>; jroman@constangy.com <jroman@constangy.com>; bwebb@law.ga.gov <bwebb@law.ga.gov>
Sent: Tue, Sep 28, 2021 3:14 pm
Subject: RE: Plaintiff's Resp to BOR First Rogs

Jack,

Following up on your email below, I have yet to receive responses to the defendants' Request for Production of Documents, responses to Dr. Hess's First Interrogatories, or responses to Dr. Keel's First Interrogatories.  If I have not received those responses by 5:00 this afternoon, I will file a Motion to Compel those responses this evening.

-Tom

**Hull Barrett, PC** • 801 Broad Street, 7th Floor • Augusta, Georgia 30901
T: 706-828-2059 • F: 706-722-9779 • TCathey@hullbarrett.com • www.HullBarrett.com

**WIRE FRAUD ALERT: Do not commence a wire transfer without calling the recipient, at a trusted and independently verified phone number, and verifying the wire instructions.**

Disclosure under IRS Circular 230: Unless expressly stated otherwise, nothing contained in this communication is intended or written to be used, nor may it be relied upon or used, (1) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code, and/or (2) by any person to support the promotion or marketing of

1

or to recommend any Federal tax transaction(s) or matter(s) addressed in this communication. Any taxpayer should seek independent tax advice with respect to any Federal tax transaction or matter addressed herein.

Confidentiality Notice: This message (and any attachments) is confidential and may contain privileged information. If you have received this message in error, please notify the sender immediately and delete it (and any attachments) without reading, copying or further distributing the same.

---

**From:** John P. Batson <jpbatson@aol.com>
**Sent:** Tuesday, September 28, 2021 8:06 AM
**To:** Thomas L. Cathey <TCathey@hullbarrett.com>; jmartin@constangy.com; jroman@constangy.com; bwebb@law.ga.gov
**Subject:** Plaintiff's Resp to BOR First Rogs

I hope to have answers to doc requests in an hour, and then will have to bring the documents and an index on a thumb drive. Some more documents came in last night

I will then respond to the Rogs for Hess and Keel. s H

John P. Batson
1104 Milledge Road
Augusta, GA 30904
Phone 706-737-4040
FAX 706-736-3391
jpbatson@aol.com

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

2