IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

JOSEPH Z. TSIEN,                          )
                                          )
            Plaintiff,                    )
                                          )
      v.                                  )          CV 121-008
                                          )
THE BOARD OF REGENTS OF THE               )
UNIVERSITY SYSTEM OF GEORGIA,             )
d/b/a Augusta University, Medical College )
of Georgia, et al.,                       )
                                          )
            Defendants.                   )
                                   _____

**O R D E R**
_____

For the reasons stated on the record during today's status conference, the Court **GRANTS** Defendants' Motions to Compel. (Doc. nos. 48, 50.) During the hearing, Plaintiff's counsel did not dispute the factual bases for the motions and agreed both motions should be granted. The Court **ORDERS** Plaintiff to serve all outstanding discovery responses on or before October 8, 2021. Concerning whether Plaintiff's deposition will take place in-person or by videoconference, Plaintiff shall have through and including October 12, 2021, to file a motion under Fed. R. Civ. Pro. 30(b)(4) to conduct his deposition by remote means. Defendants shall have through and including October 19, 2021, to file any responses to Plaintiff's motion.

SO ORDERED this 1st day of October, 2021, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA